

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Junica Renee ROBINSON (D1), ) <br> and ) <br> Bryan RICO-Martinez (D2), ) <br> ) <br> Defendants. ) <br> ) | Magistrate Case No. '21 MJ0631 <br><br> COMPLAINT FOR VIOLATION OF: <br> Title 8 U.S.C. Section <br> 1324(a)(2)(B)(iii) <br> Bringing in Unlawful Alien(s) <br> Without Presentation |

The undersigned complainant being duly sworn states:

On or about February 17, 2021, within the Southern District of California, Defendants, Junica Renee ROBINSON and Bryan RICO-Martinez, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that said alien, namely, Minerva Fabiola BAUTISTA-Garcia, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien, and upon arrival did not bring and present said alien immediately to an appropriate immigration officer at a designated port of entry; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Gabriela Acevedo, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 18th of February, 2021.

_____
HON. JILL L. BURKHARDT
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

The complainant states that Minerva Fabiola BAUTISTA-Garcia is a citizen of a country other than the United States; that said alien has admitted she is deportable; that her testimony is material; that it is impracticable to secure her attendance at trial by subpoena; and that she is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On February 17, 2021, at approximately 3:18 A.M., Junica Renee ROBINSON (D1), a United States citizen, applied for entry into the United States from Mexico at the San Ysdiro, California Port of Entry vehicle primary lanes as the driver of a 2009 Cadillac CTS bearing California license plates. Also, in the vehicle was a male passenger, Bryan RICO-Martinez (D2), a United States Citizen. During the primary inspection, the United States Customs and Border Protection (CBP) Officer asked Defendants where they were going and what they were bringing from Mexico. D2 stated they were going to Los Angeles, California and gave two negative customs declarations.

During the Officer's inspection, the CBP Officer noticed D1 was avoiding eye contact, speaking in a low monotone voice, and deferring questions to D2. The CBP Officer asked D1 to open the trunk. Upon searching the trunk, the CBP Officer observed a space discrepancy between the trunk and rear seat. The CBP Officer also observed non-factory railings along the back wall of the trunk and proceeded to the rear seats. The CBP Officer attempted to pull the seats down but was unable to locate a latch. Another CBP Officer attempted to open the rear seat center console but was unable to. The CBP Officer elected to refer Defendants and the vehicle to secondary inspection.

In secondary, Canine Enforcement Officer (CEO) screened D1's vehicle with his Narcotic/Human Detector Dog (NHDD) and the NHDD alerted to the rear seat. CBP Officers removed several bolts and assisted a female to exit the non-factory rear seat compartment of D1's vehicle. The individual was later identified as Minerva Fabiola BAUTISTA-Garcia (Material Witness), determined to be a citizen of Mexico without documents to enter the United States and is now held as a Material Witness.

In a secured office, CBP Officers conducted a personal search of D1 and D2. During the search, Officers discovered $1,400.00 USD concealed in D1 sock and $1,160.00 USD concealed in D2 shoe.

During a videotaped interview, Material Witness admitted to being a citizen of Mexico with no documents to lawfully enter or reside in the United States. Material Witness stated she made all the smuggling arrangements with a male smuggler in Mexico and was going to pay $8,000 USD upon successful entry into the United States. Material Witness stated she intended to travel to Los Angeles, California.